### STATE ex GAEDE v. GUION

Ohio Supreme Court.

No. 20754. Decided Nov. 3, 1927.

OPINION REPORTED IN FULL.

Syllabus by Editorial Staff.

747. MANDAMUS.—188. Building Commission.—In action to require issue of building permit, answer, admitting compliance with all requirements of building code, other than stop gap ordinance, effective date of which suspended by referendum, does not allege valid defense. (Dillon v. Cleveland (City), OS. 5 Abs. 652. Approved and followed.)

In Mandamus.

Writ awarded.

Kelley, David & Cottrell, Cleveland, for relator.

Carl F. Shuler, Cleveland, director of law, for defendants.

BY THE COURT.

This is a suit in mandamus originally filed in this court in which the petition alleges that the relator is the owner of certain premises on Lake avenue in the city of Cleveland and desires to erect a gasoline filling station thereon; that application was made to the commissioner of buildings for a building permit on August 19, 1927, which was refused, and thereupon relator appealed to the board of appeals, under the provisions of section 1033 of the municipal code of said city, which board likewise denied the permit. The petition further alleges that relator has complied with all of the requirements of the building code of the city of Cleveland and that there is therefore a duty specially enjoined by law upon the commissioner of buildings, and also upon the board of appeals, to issue such permit. The answer admits the compliance with all the requirments of the building code, other than a certain stop-gap zoning ordinance, which ordinance, if in full effect, would deny the right of relator to the permit. It is alleged in the reply that the said stop-gap zoning ordinance is subject to a referendum which will be submitted to the voters of the city of Cleveland on November 8, 1927, and that by recent judgment of this court the referendum petition was held to be valid, and the effective date of the ordinance is thereby suspended until an affirmative vote upon the referendum.

Inasmuch as this court will take judicial no-

(Continued on Page 800)

# THE OMNIBUS INDEX
To Ohio Case Law
## Always Appears in This Column

Ada Telephone Exch. Co. v. Kenton Tele. Co. Dock. 5 Abs. 797; No. 20836.

Anderson v. Brown. Dock. 5 Abs. 398; No. 20590; OS.P. 5 Abs. 533; judg. rev. 5 Abs. 797; OS. 5 Abs. 799.

Ayers v. Crawford Land Co. OA. 5 Abs. 607; dock. 5 Abs. 490; No. 20643; mo. cer. ov. 5 Abs. 797.

Aymar v. Lexieux. Dock. 5 Abs. 490; No. 20645; mo. cer. ov. 5 Abs. 797.

Cleveland Cinc. C. & St. L. Ry. Co. v. Hosler. OA. 5

Cleveland Ry. Co. v. Sutherland. (See reverse). Dock. 5 Abs. 781; No. 20834.
Abs. 751; dock. 5 Abs. 781; No. 20810.

Cleve. Wind. Glass v. Nat. Surety Co. OA. 5 Abs. 569; dock. 5 Abs. 491; No. 20664; mo. cer. al. 5 Abs. 797.

Daugherty v. Trump Bros. Rubber Co. OA. 5 Abs. 791.

Det. & Iron. Rd. Co. v. Murry et. (See reverse). OA. 5 Abs. 259; 25 Oh. Ap. 89★.

Dillon v. Cleveland (City). Dock. 5 Abs. 506; No. 20676; aff. 5 Abs. 653; OS. 5 Abs. 653; 117 OS. 129★.

Feiss v. Hensch. OA. 5 Abs. 792; dock. 5 Abs. 781; No. 20883.

Fink v. Spetnagel et. Dock. 5 Abs. 797; No. 20841.

Gallagher v. Moylan. Dock. 5 Abs. 506; No. 20679; mo. cer. ov. 5 Abs. 797.

Harter v. Marsh. Dock. 5 Abs. 797; No. 20849.

Hepner v. Feil. OA. 5 Abs. 790.

Hocking Val. R. R. Co. v. P. U. C.. Dock. 4 Abs. 379; Nos. 19867, 19869; or. aff. 5 Abs. 10; 117 OS. 149★.

International Un. of Steam Op. Eng. v. Owen. Dock. 5 Abs. 797; No. 20843.

Johnson, Guard. v. Myer. OA. 5 Abs. 788.

Korana Jewelry Co. v. Loveland et. OA. 5 Abs. 51; 25 Oh. Ap. 83★.

Kroger Groc. Co. v. Vinson. OA. 5 Abs. 794.

Kuhn v. Campbell et. Dock. 5 Abs. 797; No. 20838.

Lyon v. Balthis. OA. 5 Abs. 796; 24 Oh. Ap. 56★.

Manley v. Collins et. OA. 5 Abs. 718; dock. 5 Abs. 797; No. 20839.

Mantell v. Dept. Ed. et. Dock. 5 Abs. 797; No. 20839.

Martin et v. Fisher. OA. 5 Abs. 596; dock. 5 Abs. 765; No. 20819; 25 Oh. Ap. 80★.

Maxwell Motor Corp. v. Winter. OA. 5 Abs. 616; dock. 5 Abs. 522; No. 20694; mo. cer. al. 5 Abs. 797.

Medina Co. Nat. Bk. et v. Foreman, Admx. et. OA. 5 Abs. 787.

Meyer et v. Edwin Meyer. OA. 5 Abs. 392; dock. 5 Abs. 269; No. 20451 and 20462; mo. cer. ov. 5 Abs. 345; 25 Oh. Ap. 95★.

Miami Valley Transit Co. v. P. U. C. .Dock 5 Abs. 269; No. 20459; or. rev. 5 Abs. 701; OS. 5 Abs. 700; 117 OS. 144★.

Mikesell v. State. Dock. 5 Abs. 797; No. 20837.

Moore, Admr. v. Blauser. OA. 5 Abs. 60; 25 Oh. Ap. 91★.

Murry et v. Det. & Ir. Rd. Co. (See reverse). Dock. 5 Abs. 300; No. 20515; mo. cer. ov. 5 Abs. 400.

Nadel v. State. OA. 5 Abs. 790.

Nadel v. State. Dock. 5 Abs. 797; No. 20846.

North British & Mer. Ins. Co. v. Garber. OA. 5 Abs. 746; dock. 5 Abs. 656; No. 20758; mo. cer. ov. 5 Abs. 797.

Pavilonis v. Valentine. Dock. 5 Abs. 797; No. 20835.

Price v. Kobacker Furniture Co. OA. 4 Abs. 68; OA. 5 Abs. 86; dock. 5 Abs. 170; No. 20386; OS.P. 4 Abs. 116; mo. cer. ov. 5 Abs. 331; 25 Oh. Ap. 65★.

Railway Mail Assn. v. Weir. OA. 5 Abs. 795; 24 Oh. Ap. 33★.

Ratnour v. Fissell. OA. 5 Abs. 795.

Raybuck v. Raybuck. OA. 5 Abs. 306; 25 Oh. Ap. 87★.

Reczka v. State. OA. 5 Abs. 788.

Remix v. Sisler. OA. 5 Abs. 796; 24 Oh. Ap. 74★.

Ricketts v. Allen. OA. 5 Abs. 469; dock. 5 Abs. 198; No. 20408; mo. cer. ov. 5 Abs. 301; dock. 5 Abs. 685; No. 20775; pet. er. dis. 5 Abs. 717; OS. 5 Abs. 717; OS. 5 Abs. 766; 117 OS. 155★.

Riley et v. L. & N. Rd. Co. Dock. 5 Abs. 540; No. 20705; mo. cer. ov. 5 Abs. 797.

Roberts v. Montgomery. Dock. 4 Abs. 176; judg. rev. and judg. for pl. in er. 5 Abs. 10; OS.P. 5 Abs. 13; mo. in contempt ov. 5 Abs. 797; app. in contempt, dis. 5 Abs. 797; OS. 5 Abs. 798.

Rothrock v. Hay et. Dock. 5 Abs. 491; No. 20663; mo. cer. ov. 5 Abs. 779.

Schellentrager v. McCormack. OA. 5 Abs. 792.

Seal v. Stock Yards Bank. Dock. 5 Abs. 797; No. 20845.

Shaefer et v. Poschke et. OA. 5 Abs. 792.

Snyder et v. N. Y. C. & St. L. Ry. Co. et. OA. 5 Abs. 5 Abs. 795; dock. 5 Abs. 170; No. 20372; 24 Oh. Ap. 419★.

State ex Gaede v. Guion. OS. 5 Abs. 799; dock. 5 Abs. 656; No. 20754.

State ex Continental Cas. Co. v. Safford. Dock. 5 Abs. 797; No. 20760; Demurrer ov. and writ al. 5 Abs. 797; OS. 5 Abs. 798.

State ex Stephenson v. Smith. OA. 5 Abs. 788.

Steubenville, E. L. & B. V. Tract. Co. v. Wagner. Dock. 5 Abs. 418; No. 20606; OS.P. 5 Abs. 537; mo. cer. ov. 5 Abs. 797.

Sutherland v. Cleve. Ry. Co. (See reverse). OA. 5 Abs. 791.

Swan Twp. Bd. Ed. v. Cox. Dock. 5 Abs. 238; No. 20421; mo. cer. al. 5 Abs. 301; judg. rev. 5 Abs. 797; OS. 5 Abs. 798.

Terihay v. Blosom, Rosenblum, Klein & Co.. Dock. 5 Abs. 797; No. 20844.

Trentman v. Cox. Dock. 5 Abs. 522; No. 20702; mo. cer. al. 5 Abs. 797.

Wilson v. Columbia Cas. Co. Dock. 5 Abs. 797; No. 20847 and 48.

Yockey et v. Bucher et. OA. 5 Abs. 726; dock. 5 Abs. 797; No. 20842.

Zorn v. Coisen et. OA. 5 Abs. 789.

(Continued from Page 799)

tice of its own judgment in the case of Dillon v. City of Cleveland, . . . . , No. 20676, decided October 5, 1927, the answer does not allege a valid defense to the petition and the peremptory wirt of mandamus will therefore be awarded.

(Marshall, CJ., Day, Allen and Robinson, JJ., concur. Jones, J., not participating.)